**2002–1988. State v. Gomez.**
Lorain App. No. 02CA008036, 2002-Ohio-5255. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On November 18, 2002, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B), nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, sua sponte, that appellant show cause within 20 days of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**2002–2034. Premier Assoc., Ltd. v. Loper.**
Champaign App. No. 2002CA8, 149 Ohio App.3d 660, 2002-Ohio-5538. This cause is pending before the court as a discretionary appeal. On November 25, 2002, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B), nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, sua sponte, that appellant show cause within 20 days of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

## MISCELLANEOUS DISMISSALS

**2003–0101. Cincinnati School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals No. 2002–J–1141. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint application for dismissal on the grounds that the Board of Tax Appeals has granted relief and this appeal is moot,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002–2061. State ex rel. Mulholland v. Schweikert.**
Hamilton App. No. C–020603.

**2003–0087. State ex rel. Wiley v. Whirlpool Corp.**
Franklin App. No. 02AP–340, 2002-Ohio-6558.

[Cite as *03/05/2003 Case Announcements,* 2003-Ohio-904.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*March 5, 2003*

## MERIT DECISIONS WITHOUT OPINIONS

**2001–1956. Citizen Power, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 00–2469–EL–UNC. On motions to dismiss. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur. COOK, J., not participating.